UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-07418-MEMF-CTS
2:23-cv-07596-MEMF-CTS
2:23-cv-07804-MEMF-CTS
2:23-cv-07398-MEMF-CTS
2:23-cv-07794-MEMF-CTS

Date: September 2, 2026

Title
Brittnay Moll v. F21 OPCO LLC et al
Erin Scott v. F21 OpCo LLC
Victoria Rosas v. F21 OPCO LLC dba Forever 21
Kyra Robinson v. F21 OPCO LLC
Akhiria Muldrow v. F21 OPCO LLC

Present: The Honorable: Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: Order Dismissing Action [JS-6]**

On February 27, 2024, the Court entered an order consolidating this matter with lead case 2:23-cv-07390-MEMF-AGR [21]. On May 18, 2026, plaintiff filed a Notice of Voluntary Dismissal in lead case 2:23-cv-07390-MEMF-AGR captioned as In Re F21 OPCO, LLC Data Breach Litigation [67]. Accordingly, the above captioned consolidated matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

:

**Initials of Preparer** DBE